# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEILA PALAMAR,          :    No. 518 MAL 2023

         Petitioner       :

                            :    Petition for Allowance of Appeal
                            :    from the Order of the Superior Court

      v.                        :

                            :

JASON PALAMAR,         :

                            :

         Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.